**Order entered October 3, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00440-CV

**LONNIE CHARLES CHALMERS, Appellant**

**V.**

**CITY DALLAS POLICE DEPARTMENT, Appellee**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 10-14982**

## ORDER

We **GRANT** appellee's September 30, 2013 second motion for an extension of time to file a brief. Appellee shall file its brief on or before October 30, 2013. We caution appellee that no further extension of time will be granted absent extraordinary circumstances.

/s/ DAVID LEWIS
   JUSTICE